ARW: rlrl
AO 442 (Rev. 11/11) Arrest Warrant

2020R00552

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

MICHAEL PAUL DAHLAGER

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 21-mj-274 BRT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_Michael Paul Dahlager_
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    _X_ Complaint
___ Probation Violation Petition    ___ Supervised Release Violation Petition    ___ Violation Notice    ___ Order of the Court

From on or about November 1, 2020, through on or about April 5, 2021, in Hennepin County, in the State and District of Minnesota, defendant
Knowingly possessed a machine gun in violation of Title 18, United States Code, Section 922 (o).

Date: _April 5, 2021_

_[signature]_
*Issuing officer's signature*

City and State: St.Paul, MN

The Honorable Becky R. Thorson
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____  _____ *Arresting officer's signature* |
| _____ *Printed name and t* |