CR 21.120 MJD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| ) | |
| Plaintiff, ) | 18 U.S.C. § 921(a)(23) |
| ) | 18 U.S.C. § 922(o) |
| ) | 18 U.S.C. § 924(a)(2) |
| ) | 18 U.S.C. § 924(d)(1) |
| MICHAEL PAUL DAHLAGER, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(Unlawful Possession of a Machine Gun)

On or about February 3, 2021, within the State and District of Minnesota, and elsewhere, the defendant,

**MICHAEL PAUL DAHLAGER,**

did knowingly possess a machinegun, namely two (2) Trigger Control Group Travel Reducer AR-15 type conversion devices having no manufacturer's markings or serial numbers, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).



SCANNED
MAY 20 2021
U.S. DISTRICT COURT MPLS

<u>United States v. Michael Paul Dahlager</u>

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Information, the defendant shall forfeit to the United States any and all firearms, ammunition, and accessories involved in such violation, including the Trigger Control Group Travel Reducer AR-15 type conversion devices having no manufacturer's markings or serial numbers, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Dated: May 20, 2021

W. ANDERS FOLK
Acting United States Attorney

*s/Andrew R. Winter*

BY: ANDREW R. WINTER
Assistant U.S. Attorney
Attorney ID No. 0232531